# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Commonwealth of Pennsylvania,    :
Pennsylvania Game Commission,    :
                Petitioner    :
                               :
          v.    :        No. 497 C.D. 2021
                               :
International Development    :
Corporation and Atlantic    :
Hydrocarbon (Board of Property),    :
              Respondents    :

**PER CURIAM**                  **O R D E R**

NOW, April 18, 2022, upon consideration of Petitioner's application for reargument, and Respondent's answer in response thereto, the application is denied.